MCGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

**FILED**
May 17, 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* COMPASSION OVER KILLING,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSHUMANCE HOLDING COMPANY, INC., d/b/a SUPERIOR FARMS, INC.,<br><br>Defendants. | NO.  2:17-cv-210 MCE CKD<br><br>**THE UNITED STATES' NOTICE OF PARTIAL INTERVENTION FOR SETTLEMENT AND PARTIAL DECLINATION**<br><br>**FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2), (3), and (4), the United States notifies this Court that it is partially intervening in this action for the purpose of filing a Joint Stipulation of Dismissal consistent with a settlement agreement that includes the United States, Relator, and Defendant Transhumance Holding Company, Inc., d/b/a/ Superior Farms, Inc.  ("Settling Defendants"). Specifically, on or about January 31, 2017, a *qui tam* action was filed, pursuant to the provisions of the Federal False Claims Act, 31 U.S.C. § 3729 *et seq.,* in the United States District Court for the Eastern District of California captioned *U.S. ex rel Compassion Over Killing v. Transhumance Holding Co., Inc., dba Superior Farms, Inc.*, action number 2:17-cv-210 MCE ("Civil Action").  Relator's complaint ("Complaint") alleges that from 2009 through 2015, Defendant knowingly submitted, or caused the submission of, false or fraudulent claims to the United States in violation of 31 U.S.C. §§ 3729(1)(A), (B), (C) and (G).  In brief, Relator claims that by submitting an offer to supply meat to USDA, Superior

"certified that the offer is made subject to the Master Solicitation; Commodity Supplement and/or Specifications, this Solicitation; the Agriculture Acquisition Regulations (AGAR) and the Federal Acquisition Regulations (FAR)."  The FAR requires that the "Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under th[e] contract."  Relator also alleges, in part, that Defendant defrauded the United States by billing for lamb meat products processed in violation of the Humane Slaughter Act and Meat Inspection Act and its own food safety plans.  Relator's four primary allegations are generally categorized as (1) humane handling violations, (2) Religious (Halal) violations, (3) freshness and safety violations by changing packaging labels, and (4) metal detector violations.

The United States hereby intervenes in the Civil Action on Counts I and II, arising from the humane handling and slaughter allegations (¶¶ 92-112), which alleged conduct shall hereinafter be referred to as the "Covered Conduct." The United States declines with respect to the remaining allegations in Relator's Complaint.  The parties will file said Joint Stipulation of Dismissal following payment of the settlement monies.

The United States requests that Relator's Complaint, along with this Notice of Intervention and the Court's Order thereon, be unsealed.  The United States further requests that all other previously-filed contents of the Court's file in this matter (including any applications filed by the United States for an extension of the investigative period and supporting documents, applications for partial lifting of the seal, and any orders previously entered in this matter) remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:  May 17, 2019                                         Respectfully submitted,

                                                             MCGREGOR W. SCOTT
                                                             United States Attorney

                                             By:    */s/ Kelli L. Taylor*
                                                             KELLI L. TAYLOR
                                                             Assistant U.S. Attorney