1  MCGREGOR W. SCOTT
   United States Attorney
2  KELLI L. TAYLOR
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for the United States

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA, *ex rel.*        NO. 2:17-cv-210 MCE CKD
   COMPASSION OVER KILLING,
12                                            **ORDER ON THE UNITED STATES'**
                    Plaintiffs,               **NOTICE OF PARTIAL INTERVENTION**
13                                            **FOR SETTLEMENT AND PARTIAL**
   vs.                                        **DECLINATION**
14
   TRANSHUMANCE HOLDING COMPANY,              _____
15 INC., d/b/a SUPERIOR FARMS, INC.,

16                  Defendants.

17

18        The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. §

19 3730(b)(2), (3), and (4), the Court rules as follows:

20        IT IS ORDERED that relator's Complaint, the United States' Notice of Partial Intervention for

21 Settlement, and this Order, be unsealed;

22        IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this

23 action remain under seal and not be made public, or served upon defendant;

24 ///

25 ///

26 ///

27 ///

28 ///

1    IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action

2  after the date of this Order.

3    IT IS SO ORDERED.

4  Dated:  May 20, 2019

5

6                                        MORRISON C. ENGLAND, JR
                                         UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28