McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* COMPASSION OVER KILLING,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSHUMANCE HOLDING COMPANY, INC., d/b/a SUPERIOR FARMS, INC.,<br><br>Defendants. | NO. 2:17-cv-210 MCE CKD<br><br>ORDER OF DISMISSAL |

Upon consideration of the parties' Stipulation and good cause appearing, it is hereby ordered that the above-captioned action, Case No. 2:17-cv-210, is dismissed, with prejudice as to the Relator and the United States for the Covered Conduct, which is defined in the settlement agreement as Counts I and II arising from the humane handling and slaughter allegations set forth in the Complaint (¶¶ 92-112). Dismissal otherwise shall be without prejudice as to any other claims by the United States that are not included in the Covered Conduct. Dismissal shall be with prejudice as to all claims by the Relator.

IT IS SO ORDERED.

Dated: May 28, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE